UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE: )
)
JAMES N. DeLAMAR JR., )
xxx-xx-9435 ) Case No. 15-80196
SHANNON K. DeLAMAR, )
xxx-xx-1107 )
    Debtors. )

## DEBTORS' OBJECTION TO CLAIM # 3

**PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF THE DATE OF SERVICE OF THIS OBJECTION.**

    **COMES NOW**, the Debtors, James N. Delamar Jr. and wife, Shannon K. Delamar, by counsel, and objects to the claim filed by Creditor, CAVALRY SPB I, LLC, (hereinafter "Creditor"), and for grounds states as follows:

1. This is an objection to the substance of the claim.

2. Creditor filed a "Secured Claim" for $7,190.00 (Claim No. 3).

3. A review of the Creditor's claim and its attached documents revealed that the Creditor fled a secured claim for the purchase of a 2013 Yamaha Wave Runner that was discharged in the Debtors' previous Chapter 7, Case No. 14-81241. A copy of the Debtors' discharge Order is attached hereto as **Exhibit A**.

4. Debtors aver that the Creditor's debt has been discharged.

5. Debtors surrendered the Wave Runner as part of their chapter 7.

    **WHEREFORE** Debtors move this Court for an Order disallowing Creditor's claim Number 3.

Dated: June 4, 2015

                                    s/Charles G. Reynolds Jr.
                                    Charles G. Reynolds Jr.
                                    ASB No.  3216-O75C
                                    Attorney for Debtor
                                    P.O. Box 367
                                    Lanett, Alabama  36863
                                    (334) 644-3042

## CERTIFICATE OF SERVICE

I hereby certify that I electronically mailed or mailed, postage prepaid and properly addressed, an exact copy of the above to the following this the 4th day of June 2014.

Bankruptcy Trustee                                  Bankruptcy Administrator
via electronic n0otice                             via electronic notice

Cavalry Spv I, LLC
c/o Bass & Associates P.C.
3936 E. Ft. Lowell Rd., STE 200
Tucson, AZ   85712

                                    s/ Charles G. Reynolds Jr.
                                    Charles G. Reynolds Jr.
                                    Attorney for the Debtor

Case 15-80196    Doc 26    Filed 06/04/15    Entered 06/04/15 14:36:39    Desc Main
Document      Page 2 of 2