UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re

James N DeLamar, Jr. and Shannon K DeLamar

    Debtors

Case No. 15−80196
Chapter 13

### ORDER SUSTAINING OBJECTION TO CLAIM(S)

An objection was filed to the claim(s) of *Cavalry SPV I, LLC*. Either a response consenting to the objection was filed or no response has been filed within 30 days of the filing of the objection. Pursuant to LBR 3007−1, it is

**ORDERED** that the objection is **SUSTAINED** and the requested disposition allowed.

Done this 9th day of July, 2015.

/s/ William R. Sawyer
United States Bankruptcy Judge